UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| A PARTNERS, LLC, | **1:06-cr-00854 AWI** |
|     Appellant, | **ORDER TO SHOW CAUSE RE NON-COMPLIANCE WITH ELECTRONIC FILING REQUIREMENTS** |
|   vs. | **(L.R. 5-133)** |
| SCRIPPS GSB I, LLC, | **Date: November 6, 2006** |
|     Appellee. | **Time: 1:30 p.m.** |
| _____/ | **Courtroom: Two** |

      TO:   ESTELA OLIVIA PINO

      On January 3, 2005, this court became an electronic filing district, requiring all attorneys to register for the court's electronic filing system (CM/ECF), and except where excused by the court or by Local Rule, to file all documents electronically.  You were given written notice on July 14, 2006, directing you to register for CM/ECF.  To date, you have failed to register.

      YOU ARE HEREBY ORDERED TO APPEAR BEFORE THIS COURT ON NOVEMBER 6, 2006, AT 1:30 P.M. IN COURTROOM TWO, BEFORE U.S. DISTRICT JUDGE ANTHONY W. ISHII, TO SHOW CAUSE why sanctions should not be imposed for your failure to comply with the court's electronic filing requirements and your failure to respond to the

court's prior notice.  Any response to this notice shall be filed at least seven days prior to the hearing.

DATED:     September 25, 2006

                                              /s/ Anthony W. Ishii
ANTHONY W. ISHII
U.S. District Judge