Albert J. Berryman     #050119
BAKER, MANOCK & JENSEN
A Professional Corporation
Fig Garden Financial Center
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704-2209
Telephone:  (559) 432-5400
Facsimile:   (559) 432-5620
E-Mail:  ajb@bmj-law.com

Attorneys for SCRIPPS GSB I, LLC,

Appellee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>A PARTNERS, LLC, LLC,<br><br>                Debtor,<br><br>A PARTNERS, LLC,<br><br>                Appellant,<br><br>vs.<br><br>SCRIPPS GSB I, LLC,<br><br>                Appellee. | District Court Case Number<br>NO. **1:06-00854-AWI**<br><br>Bankruptcy Court Case Number<br>NO. **06-10069-B-11**<br><br><br>Bankruptcy Appellate Panel Number<br>NO. **EC-061219**<br><br><br>[NO HEARING REQUIRED] |

**STIPULATION BETWEEN APPELLANT A PARTNERS, LLC AND APPELLEE SCRIPPS GSB I, LLC FOR DISMISSAL OF APPEAL FROM BANKRUPTCY COURT AND ORDER DISMISSING APPEAL**

        IT IS STIPULATED BY AND BETWEEN THE APPELLANT A PARTNERS, LLC, AND THE APPELLEE SCRIPPS GSB I, LLC:

        1.      This appeal shall be dismissed without further notice or hearing.

2. Each of the parties to this stipulation shall bear its own costs of this appeal.

[signatures of counsel and order are on following page]
Dated: March 2, 2007                               PINO AND ASSOCIATES


By:   /s/ Estela O. Pino
         Estela O. Pino
Attorneys for A PARTNERS, LLC,
Appellant


Dated: March 2, 2007                               BAKER, MANOCK & JENSEN


By:   /s/ Albert J. Berryman
         Albert J. Berryman
Attorneys for SCRIPPS GSB I, LLC,
Appellee

ORDER

The parties' request to dismiss this action is GRANTED.   The Clerk of the Court shall close this case.


IT IS SO ORDERED.

**Dated:   March 2, 2007**                     **/s/ Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE