# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In Re: A PARTNERS, LLC, | ) | CIV- F-06-0854 AWI |
| Appellant, | ) | ORDER DISMISSING ACTION |
| v. | ) | |
| SCRIPPS GSB I, LLC, | ) | |
| Appellee. | ) | |

On March 2, 2007, the parties filed a notice of voluntary dismissal of this appeal from the Bankruptcy Court.  Because a stipulation for dismissal has been filed and signed by all parties who have made an appearance, IT IS HEREBY ORDERED that this bankruptcy appeal is DISMISSED and Clerk of the Court is DIRECTED to close this file.

IT IS SO ORDERED.

**Dated:   March 5, 2007**              /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE